# Third District Court of Appeal

## State of Florida

Opinion filed July 2, 2014.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D13-3199
Lower Tribunal No. 08-66142

————————————

**Edgar Nivia,**
Appellant,

vs.

**Aurora Loan Services, LLC,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Victoria S. Sigler, Judge.

Edgar Nivia, in proper person.

McCalla Raymer, LLC, and Charles P. Gufford (Orlando), for appellee.

Before WELLS, LOGUE, and SCALES, JJ.

PER CURIAM.

Upon consideration of the initial brief, and finding no preliminary basis for reversal has been demonstrated, the order below is summarily affirmed pursuant to Florida Rule of Appellate Procedure 9.315(a).

Affirmed.